UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>NEOPHOTONICS CORPORATION, TIMOTHY S. JENKS, CHARLES J. ABBE, BANDEL L. CARANO, KIMBERLY Y. CHAINEY, YANBING LI, RAJIV RAMASWAMI, SHERI L. SAVAGE, MICHAEL J. SOPHIE, and IHAB TARAZI,<br><br>  Defendants. | Case No.: 1:21-cv-10698-JPO |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 27, 2022

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*